UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>GHAZANFAR KHAN, an individual; ZULFIQAR KHAN, an individual; MOHAMMAD TAFAIL KHAN, an individual,<br><br>        Defendants. | NO: 2:17-CV-0155-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss. ECF No. 39. The motion was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed.

The stipulating parties represent that the matter between these parties has been fully resolved and that all claims and counterclaims may be dismissed with prejudice, with each party to bear its own fees and cost.

ORDER GRANTING STIPULATED MOTION TO DIMISS ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and the parties' stipulation, this matter is dismissed with prejudice with each party to bear its own fees and costs.

2. All pending deadlines and hearings are stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order, enter judgment accordingly, provide copies to the parties, and close the file.

DATED June 13, 2019.



THOMAS O. RICE
Chief United States District Judge